UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Eastern District of Kentucky
**FILED**
SEP 12 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 17-63-HRW

HYDRA BURTON, *et al.*, PLAINTIFFS,

v. **ORDER**

GREAT VIRTUAL WORKS, INC., DEFENDANT.

This matter is before the Court upon Plaintiffs' Notice of Voluntary Dismissal [Docket No. 27].

Accordingly, **IT IS HEREBY ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket of this Court.

This 12th day of September, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge